AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| CASEY MILLER,<br><br>_____<br>*Plaintiff(s)*<br>v.<br><br>LINCOLN COUNTY, a public body, DAVID COLLIER, in his individual capacity, KELLY MEININGER, in her capacity as the personal representative of the estate of CLAIRE HALL,<br>*Defendant(s)* | Civil Action No.  6:26-cv-00499-AA |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Lincoln County, via and through
Jenna Wallace, District Attorney
210 SW Second Street
Newport, OR 97365

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Beth Creighton
Kristin R. Bell
Creighton & Rose, PC
735 SW First Ave.
Suite 300
Portland, Or 97204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: **03/17/2026**_____        **By: s/S.Sellers, Deputy Clerk**_____

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | | |
|---|---|---|
| CASEY MILLER,<br><br>_Plaintiff(s)_<br><br>v.<br><br>LINCOLN COUNTY, a public body, DAVID COLLIER, in his individual capacity, KELLY MEININGER, in her capacity as the personal representative of the estate of CLAIRE HALL,<br>_Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.  6:26-cv-00499-AA |

**SUMMONS IN A CIVIL ACTION**

To: _(Defendant's name and address)_  David Collier, at his place of employment
Lincoln County, Human Resorces Director of the County
210 SW Second Street
Newport, OR 97365

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Beth Creighton
Kristin R. Bell
Creighton & Rose, PC
735 SW First Ave.
Suite 300
Portland, Or 97204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: **03/17/2026**

**By: s/S.Sellers, Deputy Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Oregon

| | | |
|---|---|---|
| CASEY MILLER, | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  6:26-cv-00499-AA |
| | ) | |
| LINCOLN COUNTY, a public body, DAVID | ) | |
| COLLIER, in his individual capacity, KELLY | ) | |
| MEININGER, in her capacity as the personal | ) | |
| representative of the estate of CLAIRE HALL, | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Claire Hall, via and through,
Kelly Meiningar, Personal Representative of the Estate of Claire Hall
573 NE Natalie St.
Hillsboro, Oregon 97124

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Beth Creighton
Kristin R. Bell
Creighton & Rose, PC
735 SW First Ave.
Suite 300
Portland, Or 97204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: 03/17/2026

**By: s/S.Sellers, Deputy Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| CASEY MILLER, | ) ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| LINCOLN COUNTY, a public body, DAVID COLLIER, in his individual capacity, KELLY MEININGER, in her capacity as the personal representative of the estate of CLAIRE HALL, | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  6:26-cv-00499-AA

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Kristin Yuille, at her place of employment
Lincoln County, County Counsel
210 SW Second Street, Room 110
Newport, OR 97365

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Beth Creighton
Kristin R. Bell
Creighton & Rose, PC
735 SW First Ave.
Suite 300
Portland, Or 97204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: 03/17/2026

**By: s/S.Sellers, Deputy Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

District of Oregon

| | | |
|---|---|---|
| CASEY MILLER, | ) ) ) ) ) | |
| _Plaintiff(s)_ | ) ) | Civil Action No.  6:26-cv-00499-AA |
| v. | ) ) | |
| LINCOLN COUNTY, a public body, DAVID COLLIER, in his individual capacity, KELLY MEININGER, in her capacity as the personal representative of the estate of CLAIRE HALL, | ) ) ) ) ) | |
| _Defendant(s)_ | ) | |

**SUMMONS IN A CIVIL ACTION**

To: _(Defendant's name and address)_  Walter Chuck, at his place of employment
Lincoln County, Commissioner on Board of Commissioners of the County
210 SW Second Street
Newport, OR 97365

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Beth Creighton
Kristin R. Bell
Creighton & Rose, PC
735 SW First Ave.
Suite 300
Portland, Or 97204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: **03/17/2026**

By: **s/S.Sellers, Deputy Clerk**