AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| CASEY MILLER | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 6:26-cv-00499 |
| LINCOLN COUNTY, a public body, et al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Beth Creighton
　　*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____03/25/2026_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:　　03/25/2026

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of the attorney or unrepresented party*

LINCOLN COUNTY, a public body
*Printed name of party waiving service of summons*

　　　　　　　　　　　　　　　　　　　　　　　　　Jared M. Ahern
　　　　　　　　　　　　　　　　　　　　　　　　　*Printed name*

　　　　　　　　　　　　　　　　　　　　　　　　　1455 SW Broadway, Suite 1500
　　　　　　　　　　　　　　　　　　　　　　　　　Portland, Oregon 97201-3412

　　　　　　　　　　　　　　　　　　　　　　　　　*Address*

　　　　　　　　　　　　　　　　　　　　　　　　　jahern@cablehuston.com
　　　　　　　　　　　　　　　　　　　　　　　　　*E-mail address*

　　　　　　　　　　　　　　　　　　　　　　　　　(503) 224-9548
　　　　　　　　　　　　　　　　　　　　　　　　　*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

BETH CREIGHTON, OSB #972440
E-mail: *beth@civilrightspdx.com*
KRISTIN R. BELL, OSB #235024
E-mail: *kristin@civilrightspdx.com*
CREIGHTON & ROSE, PC
Strowbridge Building, Suite 300
735 SW First Avenue
Portland, Oregon  97204-3316
Phone:   (503) 221-1792
Fax:       (503) 223-1516

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

**CASEY MILLER,**                                                          Civil Case No. 6:26-cv-00499

                    Plaintiff,
          vs.                                                                      **CERTIFICATE OF SERVICE**

**LINCOLN COUNTY,** a public body,
**DAVID COLLIER,** in his individual
capacity, **KELLY MEININGER,** in her
capacity as the personal representative of the
estate of **CLAIRE HALL, WALTER
CHUCK,** in his individual capacity, and
**KRISTIN YUILLE,** in her individual
capacity

                    Defendants.

        I certify that I e-filed, and served the forgoing waiver of service on this 26th day of March,

2026, on Defendants by;

CREIGHTON
& ROSE, PC   | ATTORNEYS
                        AT LAW

735 SW First Ave., #300
Portland, OR 97204-3316
T. (503) 221-1792
F. (503) 223-1516
beth@civilrightspdx.com

PAGE 1 – CERTIFICATE OF SERVICE

Mailing to: Ramon D. Hernandez and Jared M. Ahern, 1455 SW Broadway, Suite 1500

Portland, Oregon 97201-3412 .

DATED this 26th day of March, 2026.          CREIGHTON & ROSE, PC

 *s/ Monica Markee*
Monica Markee, *Paralegal to*
KRISTIN BELL, OSB #235024
kristin@civilrightspdx.com
BETH CREIGHTON, OSB #972440
beth@civilrightspdx.com
Of Attorneys for Plaintiff

CREIGHTON & ROSE, PC | ATTORNEYS AT LAW

735 SW First Ave., #300
Portland, OR 97204-3316
T. (503) 221-1792
F. (503) 223-1516
beth@civilrightspdx.com

PAGE 2 – CERTIFICATE OF SERVICE