Román D. Hernández, OSB No. 011730
rhernandez@cablehuston.com
Jared M. Ahern, OSB No. 221919
jahern@cablehuston.com
Olivia M. Loftin, OSB No. 225812
oloftin@cablehuston.com
CABLE HUSTON LLP
1455 SW Broadway, Suite 1500
Portland, Oregon 97201
Tele: (503) 224-3092
Fax: (503) 224-3167

*Attorneys for Defendants Lincoln County, David*
*Collier, Kelly Meininger in her capacity as the*
*Personal representative of the Estate of Claire Hall,*
*Walter Chuck, and Kristin Yuille*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| CASEY MILLER, | Case No. 6:26-cv-00499-AA |
| Plaintiff, | **DECLARATION OF DAVID COLLIER IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** |
| v. | |
| LINCOLN COUNTY, a public body, DAVID COLLIER, in his individual capacity, KELLY MEININGER, in her capacity as the personal representative of the estate of CLAIRE HALL, WALTER CHUCK, in his individual capacity, and KRISTIN YUILLE, in her individual capacity, | |
| Defendants. | |

I, David Collier, being duly sworn, hereby declare:

1.      I am the Human Resources Director for Lincoln County. I make this declaration

Page 1 – DECLARATION OF DAVID COLLIER

in support of Defendants' Response to Plaintiff Casey Miller's Motion for a Preliminary Injunction. I have personal knowledge of the matters set forth herein and, if called upon to do so, could testify competently to their truth.

2.      The County holds management team meetings for all department directors and elected officials.

3.      As the County Human Resources Director, I run these informal meetings, which are for the sole purpose of sharing information between departments.

4.      County Commissioners are not required to attend these meetings, and no decisions are made at these meetings.

5.      Any important information discussed at these meetings is relayed to the proper department and officials.

6.      On September 19, 2024, I contacted Miller and informed him that he would no longer be allowed to attend management team meetings. Some participants said they would not attend the meetings if Commissioner Miller did. See Exhibit 1, attached and incorporated.

7.      The County informed Miller he could still contact me to receive updates on these meetings.

8.      In the same communication, Exhibit 1 attached here, I informed Commissioner Miller that he was to have no contact with BOC staff during the County's investigation into him. I also informed him he could no longer occupy his courthouse office, and that he could contact one particular staff member if he needed assistance.

9.      Miller never contacted me or requested updates on the management meetings.

I hereby declare that the above statements are true to the best of my knowledge and belief and understand that they are made for use as evidence in court and are subject to penalty for perjury.

DATED:  April 14, 2026.

David Collier

Page 2 – DECLARATION OF DAVID COLLIER

 **Outlook**

## Re: Complaint Filed

**From** David Collier <dcollier@co.lincoln.or.us>
**Date** Tue 9/24/2024 1:08 PM
**To** Casey Miller <clmiller@co.lincoln.or.us>

Thank you.

**From:** Casey Miller <clmiller@co.lincoln.or.us>
**Sent:** Tuesday, September 24, 2024 12:51 PM
**To:** David Collier <dcollier@co.lincoln.or.us>
**Subject:** Re: Complaint Filed

Thanks David. This helps greatly. Understood. Will avoid MTEAM meetings. - Casey

Get [Outlook for iOS](#)

**From:** David Collier <dcollier@co.lincoln.or.us>
**Sent:** Tuesday, September 24, 2024 12:10 PM
**To:** Casey Miller <clmiller@co.lincoln.or.us>
**Subject:** Re: Complaint Filed

Commissioner Miller,

The staff I am referring to that you limit your contact with are all the staff and BOC/administration/legal counsel's offices.  Please do not text staff while this investigation is pending.  If you have business needs the BOC executive assistant, Geneva Campitelli can assist you.  Please be aware that as a County Commissioner you don't have any staff that report to you individually.  At this time, please go through Ms. Campitelli who can serve as the liaison if you have business needs with other staff.  When you meet with the investigator, they will provide insights to some of your questions below.  Ms. Campitelli as the BOC assistant can help you with appointments, your calendar and other office needs.  During the investigation I ask that you speak with community members via the phone or Teams and that you do not meet with M-Team members alone while the investigation is pending.

Exhibit 1 Page 1 Declaration of David Collier

Please confirm with me today that you are agreeing not to attend M-Team meetings until the investigation has been completed.  If I do not hear from you today by the close of business (5 p.m.)  I will be cancelling the M-Team meetings.  M-team members that have reached out to HR do not want their identities shared for concerns of retaliation with what occurred in last week's BOC meeting.

I can serve as the liaison to provide you updates on the M-Team meetings during the time of the investigation.

Sincerely,


**David T. Collier**, SHRM-SCP

Director of Human Resources
Lincoln County

210 SW 2nd St. l Newport, OR 97365
Tel: (541) 265-0371 l Fax: (541)265-4906
email: dcollier@co.lincoln.or.us | Website: www.co.lincoln.or.us
Pronouns: he, him, his

---

**From:** Casey Miller <clmiller@co.lincoln.or.us>
**Sent:** Thursday, September 19, 2024 3:56 PM
**To:** David Collier <dcollier@co.lincoln.or.us>
**Subject:** Re: Complaint Filed

David -

With full sincerity I did not have any idea of <u>whom or how</u> I "may" have harassed, bullied or violated our county's code toward multiple persons.

I would much appreciate some clarification to make sure that: I am proceeding ethically moving forward, I can continue to do the work that is expected of me by staff and community, I do not make future alleged violations, and that I do not convolute a fair investigation.

Your professional courtesy to follow up as soon as possible would also be appreciated. I know you are busy, as well. There is much to do in BOC/LC as well. I am concerned and want to appropriately proceed here in the office and mitigate my interactions with staff that I should limit.

*Some specifics below would find helpful to understand. Please bear with my need for detail(s). I am not trying to be intentionally difficult.  I take this very seriously. I do not want to do take any actions that might be perceived as further retaliation.*

"HR has received complaints from Lincoln County employees about you,"

Exhibit 1 Page 2 Declaration of David Collier

- Does this mean multiple employees have "complaints"?
- The "complaint" is the employee description of the event/interaction, and this becomes possibly one or more violation(s)?

"please <u>limit your interaction with staff</u> and time in the office unless necessary,"

- Which particular staff?
- Within our office, outside the BOC/LC office? (How do I determine who and who not I should limit my interaction with?)
- What about email and text interactions?

I exchange emails/text with staff who are in the next room to me on many occasions. Want to be sure I get this right as well.

"Please limit your interaction with staff and <u>time in the office unless necessary,</u>"

- Does that mean any interaction that is not explicitly related to what is expected of doing the work?
- Where do you suggest I do my work and parse out what is necessary vs. what is not?

I rarely spend time at work that is unnecessary. I am most always "working" when I am here. I have frequent appointments with staff and the community. Nearly every day I am required to sign documents, ask questions, provide guidance, and use equipment here in the office to perform the work of my position.  Where do you suggest I do this all work and

<u>Additionally, department directors have reached out and requested that you do not attend M-Team meetings.</u>

- Is this related to this formal *complaint investigation* or a separate request from M-Team member(s)?
- Did multiple M-team members make the same or similar request(s)?
- Did the M-Team members send these requests specifically to the HR department?
- Can you share the names of the team with me? If not, why?
- Who might be a safe liaison such as yourself, administrator Johnson or another M-Team that I can follow-up with regarding these meetings?

I am looking for some professional guidance... I exchange emails, have in person conversations and interact with our M-team frequently.  How do you recommend I respect their requests also outside of M-Team meetings considering that at times what needs to be resolved in our team meetings is carried over or overlays outside of that meeting?

I am grateful for your help understanding the gravity of the situation I've apparently created, how I can avoid further agitating or hurting others but also that I protect my ability to perform my work as well.

Thank you, David.

Regards,

Exhibit 1 Page 3 Declaration of David Collier

Casey Miller
County Commissioner, Chair

c. 541.270.6796

w. 541.265.0211

clmiller@co.lincoln.or.us

---

**From:** David Collier <dcollier@co.lincoln.or.us>

**Sent:** Thursday, September 19, 2024 11:17 AM

**To:** Casey Miller <clmiller@co.lincoln.or.us>

**Subject:** Complaint Filed

Commissioner Miller,

This email is to notify you that HR has received complaints from Lincoln County employees about you. The allegations are you are creating a hostile work environment for staff, and have engaged in harassment and bullying of staff.

The nature of this investigation pertains to possible violations (but not limited to) the following:

- Lincoln County Personnel Rules, Article 3 (H) Anti-Harassment Policy
- Lincoln County Personnel Rules, Article 3 (I) No-Bullying Policy
- Lincoln County Personnel Rules Article 12 Code of Ethics and Conduct

I want to remind you of Lincoln County's retaliation policy found in Article 3, Section F of the Personnel Rules. Lincoln County will not retaliate or take action against employees acting in good faith for filing a complaint or cooperating in an investigation, and will not tolerate or permit retaliation by management, employees, or co-workers.

The county will obtain an outside investigator to handle this matter. This investigation is confidential, and any retaliatory action against staff will not be tolerated.

Because of the nature of the investigation, please limit your interaction with staff and time in the office unless necessary, such as the BOC public meetings. Additionally, department directors have reached out and requested that you do not attend M-Team meetings, or they will not attend. Please respond via email that you will honor this request. I am recommending that any M-Team meetings be reassigned to another Commissioner.

Thank you for your cooperation.

Exhibit 1 Page 4 Declaration of David Collier

**David T. Collier**, SHRM-SCP
Director of Human Resources
Lincoln County

210 SW 2nd St. l Newport, OR 97365
Tel: (541) 265-0371 l Fax: (541)265-4906
email: dcollier@co.lincoln.or.us | Website: www.co.lincoln.or.us

Pronouns: he, him, his

Exhibit 1 Page 5 Declaration of David Collier