BETH CREIGHTON, OSB #972440
E-mail: *beth@civilrightspdx.com*
KRISTIN BELL, OSB #235024
E-mail: *kristin@civilrightspdx.com*
CREIGHTON & ROSE, PC
Strowbridge Building, Suite 300
735 SW First Avenue
Portland, Oregon  97204
Phone:   (503) 221-1792
Fax:      (503) 223-1516

Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **CASEY MILLER,** | Civil Case No. 6:26-cv-00499-AA |
| Plaintiff, | |
| vs. | **REPLY RE: PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** |
| **LINCOLN COUNTY,** a public body, **DAVID COLLIER,** in his individual capacity, **KELLY MEININGER,** in her capacity as the personal representative of the estate of **CLAIRE HALL, WALTER CHUCK,** in his individual capacity, and **KRISTIN YUILLE,** in her individual capacity | |
| Defendants. | |

## I. INTRODUCTION

Within their Response, Defendants' take inherently contradictory positions. Defendants

claim that Plaintiff is not being subjected to any adverse action by Lincoln County (herein "the

**CREIGHTON & ROSE, PC**   ATTORNEYS AT LAW

735 SW First Avenue, suite 300
Portland, OR 97204
T. (503) 221-1792
F. (503) 223-1516
beth@civilrightspdx.com