Román D. Hernández, OSB No. 011730
rhernandez@cablehuston.com
Jared M. Ahern, OSB No. 221919
jahern@cablehuston.com
Olivia M. Loftin, OSB No. 225812
oloftin@cablehuston.com
CABLE HUSTON LLP
1455 SW Broadway, Suite 1500
Portland, Oregon 97201
Tele: (503) 224-3092
Fax: (503) 224-3167

*Attorneys for Defendants Lincoln County, David
Collier, Kelly Meininger in her capacity as the
Personal representative of the Estate of Claire Hall,
Walter Chuck, and Kristin Yuille*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| CASEY MILLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LINCOLN COUNTY, a public body, DAVID COLLIER, in his individual capacity, KELLY MEININGER, in her capacity as the personal representative of the estate of CLAIRE HALL, WALTER CHUCK, in his individual capacity, and KRISTIN YUILLE, in her individual capacity,<br><br>　　　　Defendants. | Case No. 6:26-cv-00499-AA<br><br>**DECLARATION OF JARED M. AHERN IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE DECLARATION OF CASEY MILLER** |

I, Jared M. Ahern, being duly sworn, hereby declare:

1.　　I am admitted to practice law in the State of Oregon and before this Court, and am one of the attorneys for the Defendants in this case. I make this declaration in support of

Page 1 – DECLARATION OF JARED M. AHERN

Defendants' Motion to Strike the Declaration of Casey Miller in Support of Plaintiff's Motion for Preliminary Injunction. I have personal knowledge of the matters set forth herein and, if called upon to do so, could testify competently to their truth.

2. On April 21, 2026, Plaintiff Casey Miller's counsel, Beth Creighton, called me. She requested additional time to file Plaintiff's reply in support of his motion for preliminary injunction. We discussed the Court's local rules and filing deadlines for reply briefs, and she determined that she did not actually need additional time to file Plaintiff's reply.

3. On this phone call Ms. Creighton did not state that she planned to file a declaration in support of Plaintiff's reply brief, nor did she ask for my consent to do so.

4. I hereby declare that the above statements are true to the best of my knowledge and belief and understand that they are made for use as evidence in court and are subject to penalty for perjury.

DATED: May 5, 2026.

s/ Jared M. Ahern
Jared M. Ahern