Román D. Hernández, OSB No. 011730
rhernandez@cablehuston.com
Jared M. Ahern, OSB No. 221919
jahern@cablehuston.com
Olivia M. Loftin, OSB No. 225812
oloftin@cablehuston.com
CABLE HUSTON LLP
1455 SW Broadway, Suite 1500
Portland, Oregon 97201
Tele: (503) 224-3092
Fax: (503) 224-3167

*Attorneys for Defendants Lincoln County, David
Collier, Kelly Meininger in her capacity as the
Personal representative of the Estate of Claire Hall,
Walter Chuck, and Kristin Yuille*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| CASEY MILLER, | Case No. 6:26-cv-00499-AA |
| Plaintiff, | **DECLARATION OF DAVID COLLIER IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE** |
| v. | |
| LINCOLN COUNTY, a public body, DAVID COLLIER, in his individual capacity, KELLY MEININGER, in her capacity as the personal representative of the estate of CLAIRE HALL, WALTER CHUCK, in his individual capacity, and KRISTIN YUILLE, in her individual capacity, | |
| Defendants. | |

I, David Collier, being duly sworn, hereby declare:

1.      I am the Human Resources Director for Lincoln County. I make this declaration in support of Defendants' Special Motion to Motion to Strike. I have personal knowledge of the

Page 1 – DECLARATION OF DAVID COLLIER

matters set forth herein and, if called upon to do so, could testify competently to their truth.

2.  The County barred Plaintiff from attending County management meetings.

3.  Plaintiff's role as a commissioner does not provide him with the right to attend these meetings, which are merely to exchange information between departments.

4.  Despite having no obligation to do so, the County offered Plaintiff the opportunity to discuss these meetings with me.

5.  Plaintiff has never asked me for information about these meetings.

6.  I hereby declare that the above statements are true to the best of my knowledge and belief and understand that they are made for use as evidence in court and are subject to penalty for perjury.

DATED: May 20, 2026.

David Collier

Page 2 – DECLARATION OF DAVID COLLIER