BETH CREIGHTON, OSB #972440
E-mail: *beth@civilrightspdx.com*
KRISTIN BELL, OSB #235024
E-mail: *kristin@civilrightspdx.com*
CREIGHTON & ROSE, PC
Strowbridge Building, Suite 300
735 SW First Avenue
Portland, Oregon 97204
Phone:   (503) 221-1792
Fax:      (503) 223-1516

Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **CASEY MILLER,** | Civil Case No. 6:26-cv-00499-AA |
| Plaintiff, | |
| vs. | |
| **LINCOLN COUNTY,** a public body, **DAVID COLLIER,** in his individual capacity, **KELLY MEININGER,** in her capacity as the personal representative of the estate of **CLAIRE HALL, WALTER CHUCK,** in his individual capacity, and **KRISTIN YUILLE,** in her individual capacity | **DECLARATION OF COUNSEL ISO PLAINTIFF'S RESPONSE TO DEFENDANTS' SPECIAL MOTION TO STRIKE** |
| Defendants. | |

I, Beth Creighton, do hereby declare under penalty of perjury:

1.     I make this declaration of my own personal knowledge and could testify thereto if

CREIGHTON & ROSE, PC | ATTORNEYS AT LAW
735 SW First Avenue, suite 300
Portland, OR 97204
T. (503) 221-1792
F. (503) 223-1516
beth@civilrightspdx.com

PAGE 1 – DECL OF COUNSEL ISO PLF'S RESPONSE TO DEFS' SPECIAL MTS

called as a witness.

2.    I am an attorney for Plaintiff in the above-captioned matter.

3.    During the parties conferral pursuant to LR 7-1 prior to Defendants' filing their Special Motion to Strike on June 9, 2026, I told defense counsel I would be amending the Complaint on Tuesday to clarify that Plaintiff's claims were not predicated on speech protected by the Anti-SLAPP statute.

4.    Regardless, Defense counsel indicated he would file their Motions the same day the conferral took place, on June 9, 2026, and did so.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

DATED this 22nd of June, 2026          CREIGHTON & ROSE, PC

_Beth Creighton_

BETH CREIGHTON, OSB #972440
beth@civilrightspdx.com
KRISTIN R. BELL, OSB #235024
kristin@civilrightspdx.com
(503) 221-17922
Of Attorneys for Plaintiff

CREIGHTON | ATTORNEYS
& ROSE, PC | AT LAW

735 SW First Avenue, suite 300
Portland, OR 97204
T. (503) 221-1792
F. (503) 223-1516
beth@civilrightspdx.com

PAGE 2 – DECL OF COUNSEL ISO PLF'S RESPONSE TO DEFS' SPECIAL MTS